# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-20-00074-CV

---

**Texas Education Agency, and Mike Morath in his
Official Capacity as Commissioner of Education, Appellants**

**v.**

**Shepherd Independent School District, Appellee**

---

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-008226, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this case and appellants have filed an addendum to the joint motion. We grant the joint motion. We vacate this Court's March 9, 2020 order that enjoined appellants from installing a board of managers in Shepherd ISD and appointing a conservator under Texas Education Code § 39A.002. We vacate the trial court's January 9, 2020 order denying defendants' plea to the jurisdiction and dismiss the case. *See* Tex. R. App. P. 42.1(a)(2)(A); *id.* R. 43.2(e).

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed on Joint Motion

Filed: March 17, 2020